1  PHILLIP A. TALBERT
   Acting United States Attorney
2  DEBORAH LEE STACHEL
   Regional Chief Counsel, Region IX
3  Social Security Administration
4  SHARON LAHEY (CBSN 263027)
   Special Assistant United States Attorney
5  160 Spear Street, Suite 800
   San Francisco, California 94105
6  Telephone: (415) 977-8963
   Facsimile (415) 744-0134
7  E-Mail: sharon.lahey@ssa.com

8
9  Attorneys for DEFENDANT

10              UNITED STATES DISTRICT COURT

11             EASTERN DISTRICT OF CALIFORNIA

12                    FRESNO DIVISION

13                                    )  Case No.: 1:16-cv-01895-GSA
   ANTONIO RANGEL,                    )
14                                    )
              Plaintiff,              )  STIPULATION AND ORDER FOR
15                                    )  EXTENSION OF TIME
       vs.                            )
16                                    )
                                      )
17 NANCY A. BERRYHILL,                )
      Acting Commissioner of Social Security, )
18                                    )
              Defendant.              )
19
20        Antonio Rangel (Plaintiff) and Nancy A. Berryhill, Commissioner of Social Security

21 (Defendant), through their undersigned counsel of record, hereby stipulate, subject to the

22 approval of the Court, to extend the time for Defendant to file her response to Plaintiff's Opening

23 Brief by 14 days.  The current deadline is September 18, 2017, and the new deadline would be

24 October 2, 2017.  Any reply would be due on or before October 16, 2017.  This is the first

25 extension of time requested in the above-captioned matter.  Defendant requests this additional

26 time so that the Commission may continue to consider the possibility of settlement without

27 further briefing.

28

STIPULATION FOR EXTENSION OF TIME                    CASE NO.: 1:16-cv-01895-GSA

1    The Parties further stipulate that the Court's Scheduling Order shall be modified

2    accordingly.

3                                            Respectfully submitted,

4

5    Dated:  September 15, 2017              LAW OFFICES OF HARRY J. BINDER
                                               AND CHARLES E. BINDER, PC

6
                                            By:  /s/ *James S. Pi*
7                                           JOHN V. JOHNSON
                                            Attorney for the Plaintiff
8                                           (As authorized by email on September 14, 2017).

9
                                            Attorneys for Plaintiff
10

11
     Dated:  September 15, 2017             PHILLIP A. TALBERT
12                                          Acting United States Attorney
                                            DEBORAH LEE STACHEL
13                                          Regional Chief Counsel, Region IX
                                            Social Security Administration
14

15                                          By:  /s/ *Sharon Lahey*
                                            SHARON LAHEY
16                                          Special Assistant U.S. Attorney

17                                          Attorneys for Defendant

18   ///

19   ///

20   ///

21   ///

22

23   ///

24   ///

25   ///

26   ///

27   ///

28

1

## **<u>ORDER</u>**

2

Pursuant to the parties' stipulation (Doc. 10), Defendant shall file her response to

3

Plaintiff's opening brief on or before **October 2, 2017**.  Any reply thereto shall be filed on or

4

before **October 16, 2017**.

5

6

7

IT IS SO ORDERED.

8

9

Dated:    **<u>September 15, 2017</u>**          **<u>/s/ Gary S. Austin</u>**
UNITED STATES MAGISTRATE JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28