PHILLIP A. TALBERT
Acting United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
SHARON LAHEY (CBSN 263027)
Special Assistant United States Attorney
160 Spear Street, Suite 800
San Francisco, California 94105
Telephone: (415) 977-8963
Facsimile (415) 744-0134
E-Mail: sharon.lahey@ssa.com

Attorneys for DEFENDANT

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| ANTONIO RANGEL,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>NANCY A. BERRYHILL,<br>　Acting Commissioner of Social Security,<br><br>　　　　Defendant. | Case No.: 1:16-cv-01895-GSA<br><br>STIPULATION AND ORDER FOR SECOND EXTENSION OF TIME |

Antonio Rangel (Plaintiff) and Nancy A. Berryhill, Commissioner of Social Security (Defendant or the Commissioner), through their undersigned counsel of record, hereby stipulate, subject to the approval of the Court, to a seven-day extension of time for Defendant to respond to Plaintiff's Opening Brief. The new deadline would be October 10, 2017, and any reply would be due on or before October 24, 2017. This is the second extension of time requested in the above-captioned matter. Defendant requests this additional time so that the Commission may continue to evaluate the possibility of settlement without further briefing.

STIPULATION FOR EXTENSION OF TIME　　　　　　　　　　　　　　　　CASE NO.: 1:16-cv-01895-GSA

1 | The Parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated: October 2, 2017

LAW OFFICES OF HARRY J. BINDER
AND CHARLES E. BINDER, PC

By: /s/ *James S. Pi**
JAMES S. PI
Attorney for the Plaintiff
(Authorized as to substance on October 2, 2017).

Attorneys for Plaintiff

Dated: October 2, 2017

PHILLIP A. TALBERT
Acting United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration

By: /s/ *Sharon Lahey*
SHARON LAHEY
Special Assistant U.S. Attorney

Attorneys for Defendant

## ORDER

Pursuant to the parties' stipulation (Doc. 12), Defendant shall file her response to Plaintiff's opening brief on or before **October 10, 2017**. Any reply shall be filed on or before **October 24, 2017**.

IT IS SO ORDERED.

Dated: **October 3, 2017**          **/s/ Gary S. Austin**
                                    UNITED STATES MAGISTRATE JUDGE