UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO RANGEL,<br><br>            Plaintiff,<br><br>      v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>            Defendant. | No. 1:16-cv-01895-GSA<br><br>**ORDER DIRECTING DEFENDANT TO FILE RESPONSE TO MOTION FOR ATTORNEYS' FEES** |

   On June 7, 2018, Plaintiff's counsel moved for attorneys' fees pursuant to § 406(b) of the Social Security Act.  Despite service Defendant did not respond to Plaintiff's motion, and Plaintiff took no further action until June 8, 2020, when new counsel filed a notice of appearance.

   The Court hereby takes notice of Plaintiff's pending motion.  Defendant is hereby directed to file his response no later than ten (10) days from the date of this order.  If no responsive briefing is received within that time period the Court shall proceed to address Plaintiff's motion and issue an order for attorneys' fees.

IT IS SO ORDERED.

   Dated:   **June 9, 2020**                    /s/ Gary S. Austin
                                       UNITED STATES MAGISTRATE JUDGE

1