1
2
3
4
5
6
7
8

Young Yim, CA State Bar No. 232340
Law Office of Charles E. Binder
and Harry J. Binder, LLP
Attorneys for Plaintiff
485 Madison Avenue, Suite 501
New York, NY 10022
(212)-677-6801
Fax (646)-273-2196
Fedcourt@binderlawfirm.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

9
10
11
12
13
14
15
16
17
18
19

ANTONIO RANGEL,

    Plaintiff,

        v.

COMMISSIONER OF THE SOCIAL
SECURITY ADMINISTRATION,

    Defendant.

)  No.: 1:16-CV-1895-GSA
)
)  **ORDER AWARDING ATTORNEY**
)  **FEES UNDER THE EQUAL**
)  **ACCESS TO JUSTICE ACT,**
)  **PURSUANT TO 28 U.S.C.**
)  **§ 2412(d), AND COSTS, PURSUANT**
)  **TO 28 U.S.C. § 1920**
)
)
)
)

20
21
22
23
24
25
26

    Based upon the parties' Stipulation for the Award and Payment of Equal

Access to Justice Act (EAJA) Fees and Costs, IT IS ORDERED that Plaintiff shall

be awarded attorney fees under the EAJA in the amount of SIX THOUSAND

DOLLARS ($6,000.00), and costs under 28 U.S.C. § 1920, in the amount of

FOUR HUNDRED DOLLARS ($400.00), subject to the terms of the above-

referenced Stipulation, to include the United States Department of the Treasury's

Offset Program pursuant to *Astrue v. Ratliff*, 130 S.Ct. 2521 (2010).

27
28

    Because counsel for Plaintiff was already awarded fees under 42 U.S.C. §

406(b) and the fees under the EAJA do not exceed the amount awarded under that

statute, the $6,000.00 awarded under 28 U.S.C. § 2412(d) will be paid directly to Plaintiff if the fees are not subject to the Treasury's Offset Program.  Costs in the amount of $400 will be paid to counsel for Plaintiff pursuant to 28 U.S.C. § 1920.


IT IS SO ORDERED.

Dated:   **July 27, 2020**                    **/s/ Gary S. Austin**
                                                              UNITED STATES MAGISTRATE JUDGE